UNITED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Atlantic Casualty Insurance Company | * | CIVIL ACTION NO. 10-47 |
| v. | * | SECTION "___" |
| Frank Kitko, Gateway Foundation, Inc. and Gateway Recovery Systems, L.L.C. | * | MAGISTRATE (___) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT FOR DECLARATORY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Atlantic Casualty Insurance Company ("Atlantic Casualty"), who would show unto the court as follows:

1.

Atlantic Casualty is a foreign, surplus lines insurer doing business in the state of Louisiana, but with its state of incorporation and principal place of business in the state of North Carolina.

2.

Made defendants herein are Frank Kitko, a citizen and resident of the State of Louisiana, and Gateway Foundation, Inc. and Gateway Recovery Systems, L.L.C., both of which are incorporated in and have their principal places of business in the State of Louisiana.

1

3.

This action is brought pursuant to the Declaratory Judgment Act, 28 U.S.C. Sec. 2201 et seq.

4.

Jurisdiction is founded on 28 U.S.C. Sec. 1332, in that the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the action is between citizens of different states.

5.

Venue is proper pursuant to 28 U.S.C. Sec.1391(a). The defendants all reside with the Eastern District and in the same state.

6.

On or about September 2008, Atlantic Casualty Insurance Company ("ACIC") issued a policy of insurance to defendant Gateway Foundation, Inc., bearing policy # LOO8005572, having a term of 9/28/08 to 09/28/09. A copy of said policy is attached hereto as Exhibit A.

7.

The aforesaid policy applies only to "bodily injury", "property damage", "personal and advertising injury and medical expenses arising out of the ownership, maintenance, or use of the premises shown in a certain schedule and operations necessary or incidental to those premises.

8.

Atlantic Casualty has been placed on notice of a claim wherein defendant Frank Kitko alleges that on October 24, 2008, he was injured in an accident while a resident of certain property located in Jefferson Parish, which property was allegedly owned and/or operated at the

time of the accident by defendant Gateway Foundation, Inc., and/or Gateway Recovery Systems, LLC..

9.

Defendant Frank Kritko claims to have suffered a severe personal injury as a result of the aforesaid answer, and has made a claim for past, present, and future mental pain and anguish; past, present, and future physical pain and suffering; past, present, and future medical expenses; past, present, and future loss of earnings; and other unspecified damages.

10.

The property whereupon Frank Kitko was allegedly injured is located at 4108 Lac Du Bay Drive, Harvey, Louisiana.

11.

The property located at 4108 Lac Du Bay Drive, Harvey, Louisiana, was, as of October 24, 2008, not a scheduled property on Atlantic Casualty's policy # LOO8005572.

12.

On information and belief, the property at 4108 Lac Du Bay Drive, Harvey, Louisiana, was not owned on October 24, 2008, by defendant Gateway Foundation, Inc., Gateway Recovery Systems, LLC., or any of its/their affiliated companies.

13.

Based on the foregoing facts and Atlantic Casualty's policy # LOO8005572, Atlantic Casualty provides no coverage and has no duty to defend Gateway Foundation, Inc., Gateway Recovery Systems, LLC, or any of its affiliated companies, with respect to any claims made by defendant Frank Kitko with regard to the property at 4108 Lac Du Bay Drive, Harvey, Louisiana.

14.

A real case and controversy exists with regard to Atlantic Casualty's coverage and defense obligations to Gateway Foundation, Inc. and/or Gateway Recovery Systems, LLC. Atlantic Casualty is thus entitled to a declaration of those rights and obligations.

**WHEREFORE**, Atlantic Casualty Insurance Company prays that this Complaint be filed, that defendants Frank Kitko, Gateway Foundation, Inc., and Gateway Recovery Systems, LLC be served and cited to appear and answer same, and that after due proceedings be had, there be a judgment declaring the rights and obligations of Atlantic Casualty Insurance Company with respect to the premises set forth herein.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

By: _____
**JAMES A. PRATHER, Bar #20595 (T.A.)**
**MARK E. SEAMSTER, Bar # 17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorneys for Atlantic Casualty Insurance Company*